[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-14173

Non-Argument Calendar

_____

RAY COX,
as the personal representative of the
estate of James Hinson,

Plaintiff-Appellant,

*versus*

JASON SMOAK,
CATRINA BURKHALTER-MURRY,
MINDY VAN ACKERN,
EVELYN MCGEE,
CONNIE HINSON, et al.,

Defendants-Appellees,

MARK CHOQUETTE,

                                                    Defendant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:23-cv-00057-ECM-SMD

_____

Before ROSENBAUM, LAGOA, and TJOFLAT, Circuit Judges.

PER CURIAM:

James Hinson died in jail custody from a perforated ulcer. His estate sued two medical professionals who treated him in the days leading up to his death, alleging deliberate indifference to his serious medical needs in violation of the Fourteenth Amendment. The District Court granted summary judgment to the defendants reasoning that they "were not 'subjectively aware that [their] own conduct put [Hinson] at a substantial risk of serious harm,' [and so] they did not violate the Fourteenth Amendment." *Cox v. Smoak*, No. 1:23-CV-57-ECM, 2024 WL 4876937, at *10 (M.D. Ala. Nov. 22, 2024) (quoting *Wade v. McDade*, 106 F.4th 1251, 1255 (11th Cir. 2024) (en banc)).

After careful review, we agree with the District Court on all fronts and find no reversible error.[1] Consequently, we affirm the District Court's judgment for the reasons set forth in its Memorandum Opinion and Order dated November 22, 2024. *See Cox*, 2024 WL 4876937 at *1–10.

**AFFIRMED.**

---

[1] We review de novo the District Court's grant of summary judgment. *See Stewart v. Happy Herman's Cheshire Bridge, Inc.*, 117 F.3d 1278, 1284 (11th Cir. 1997).